IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-13-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ARTKES BENNETT, | ) | |
| | ) | |
| Defendant. | ) | |

On May 16, 2022, defendant moved to change his name in the judicial system to Kalid Abdul Wali Akbar. See [D.E. 65]. Defendant legally changed his name in the Commonwealth of Kentucky. See id. at 1. The United States probation office objects to the request. There is no benefit to changing his name in the judicial system, and this court declines change defendant's name in this court's records. The motion [D.E. 65] is DENIED. Nonetheless, while on supervised release, probation will address defendant by his new name.

SO ORDERED. This _13_ day of September, 2022.

JAMES C. DEVER III
United States District Judge